**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, LOCAL
756,

      Plaintiff,

v.                                               Case No:   6:24-cv-1176-CEM-LHP

JAM ELECTRIC, LLC,

      Defendant

---

## ORDER

This cause comes before the Court on review of the file. On June 26, 2024, Plaintiff International Brotherhood of Electrical Workers, Local 756 instituted this action by complaint filed against Defendant Jam Electric, LLC. Defendant was served, Doc. No. 9, but did not appear. Upon Plaintiff's motion, on August 30, 2024, the Clerk of Court entered default against Defendant. Doc. Nos. 13-15. On May 20, 2025, Plaintiff's motion for default judgment was denied without prejudice for a number of issues. Doc. No. 17. Plaintiff was granted leave to file a renewed motion for default judgment on or before September 17, 2025. *See* Doc. Nos. 17-23.

Plaintiff did not file a renewed motion for default judgment, the deadline has passed, and Plaintiff did not request an extension of time.[1] Instead, on October 20, 2025, without seeking leave of Court and providing no legal authority in support, Plaintiff filed an amended complaint bringing additional claims and seeking additional relief.

Upon consideration, Plaintiff's Amended Complaint (Doc. No. 24) is **ORDERED stricken**. On or before **November 6, 2025**, Plaintiff shall **SHOW CAUSE** in writing why this matter should not be dismissed for failure to prosecute. *See* Local Rule 3.10. **Failure to comply with this Order may result in the dismissal of this case without further notice.**

**Given the length of time that this case has been pending, and that the majority of the delays have been at the hands of Plaintiff, this deadline will not be further extended.**

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court further notes that any such request for extension was required to show truly exigent circumstances. Doc. No. 23, at 2 (granting Plaintiff's third extension request, given substitution of counsel, but warning that "[n]o further extensions will be granted *absent a showing of truly exigent circumstances supported by evidence and applicable legal authority*" (emphasis added)).

Copies furnished to:

Counsel of Record